UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADOBE, INC., a corporation,
MANINDER SAWHNEY, individually, and
DAVID WADHWANI, individually,

    Defendants.

Case No. 24-cv-03630

**[PROPOSED] ORDER ON PLAINTIFF UNITED STATES OF AMERICA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**THIS MATTER** comes before the Court on Plaintiff the United States of America's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, which was filed in connection with the Complaint for Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief, ECF No. 1. Having considered the administrative motion, any memorandum and declaration in support of the motion filed by Defendant Adobe, Inc., and any response filed by the United States, pursuant to Civil Local Rule 79-5(f)(3),

**IT IS HEREBY ORDERED** that the administrative motion is:

[ ] **GRANTED.**

[ ] **GRANTED IN PART AND DENIED IN PART.**

[ ] **DENIED.**

Consistent with this ruling, the United States shall file on the public docket a Complaint for Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief, ECF No. 1, with appropriate redactions, if any, within 7 days from the entry of this order.

**IT IS SO ORDERED.**

Dated: _____, 2024

                                                            _____
                                                            United States District Judge
                                                            Northern District of California