BRIAN M. BOYNTON, Principal Deputy Assistant Attorney General
ARUN G. RAO, Deputy Assistant Attorney General
AMANDA N. LISKAMM, Director
LISA K. HSIAO, Senior Deputy Director
ZACHARY A. DIETERT, Assistant Director
FRANCISCO L. UNGER, Trial Attorney (MABN 698807)
ZACHARY L. COWAN, Trial Attorney (NCBN 53432)
WESLINE N. MANUELPILLAI, Trial Attorney (DCBN 90001965)
AMBER M. CHARLES, Trial Attorney (DCBN 1035226)

    U.S. Department of Justice
    Civil Division
    Consumer Protection Branch
    450 5th Street NW, Suite 6400-S
    Washington, DC 20530
    Telephone: (202) 598-3855
    Email: Francisco.L.Unger@usdoj.gov

ISMAIL J. RAMSEY, United States Attorney (CABN 189820)
MICHELLE LO, Chief, Civil Division (NYBN 4325163)
DAVID M. DEVITO, Assistant United States Attorney (CABN 243695)

    Northern District of California
    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Email: David.Devito@usdoj.gov

*Attorneys for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>               v.<br><br>ADOBE, INC., a corporation,<br>MANINDER SAWHNEY, individually, and<br>DAVID WADHWANI, individually,<br><br>               Defendants. | Case No. 24-cv-03630<br><br>**NOTICE OF APPEARANCE** |

1   PLEASE TAKE NOTICE that the Clerk is hereby requested to enter the appearance of Amber

2 M. Charles, Trial Attorney, Consumer Protection Branch, Civil Division, U.S. Department of Justice, as

3 counsel for Plaintiff.  The Clerk is requested to direct all Orders and communications from the Court to

4 Amber M. Charles at the following contact information:

5   AMBER M. CHARLES
   Trial Attorney
6   U.S. Department of Justice
   450 5th Street NW, 6th Floor
7   Washington, DC 20530
   Telephone: (202) 307-3009
8   Amber.M.Charles@usdoj.gov

| | |
|---|---|
| Dated: June 17, 2024 | Respectfully submitted, |
| | FOR THE UNITED STATES OF AMERICA: |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| | ARUN G. RAO<br>Deputy Assistant Attorney General |
| | AMANDA N. LISKAMM<br>Director<br>Consumer Protection Branch |
| | LISA K. HSIAO<br>Senior Deputy Director |
| | ZACHARY A. DIETERT<br>Assistant Director |
| | */s/ Amber M. Charles*<br>AMBER M. CHARLES<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>450 5th Street, N.W. Suite 6400-S<br>Washington, D.C. 20530<br>Tel: (202) 307-3009<br>Amber.M.Charles@usdoj.gov |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused to be served by certified mail the foregoing document on June 17, 2024 on the following parties:

| | |
|---|---|
| Adobe, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Maninder Sawhney<br>1269 Glen Eyrie Avenue<br>San Jose, CA 95125 |
| Kristin Graham Koehler<br>Sidley Austin LLP<br>1501 K Street NW<br>Washington, DC 20005<br>*Counsel for Adobe, Inc.* | David Wadhwani<br>2646 Union Street<br>San Francisco, CA 94123 |

　　　　　　　　　　 */s/ Amber M. Charles*
　　　　　　　　　　Amber M. Charles
　　　　　　　　　　Trial Attorney