UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>     v.<br><br>ADOBE, INC., et al.,<br><br>          Defendants. | Case No.  24-cv-03630-SVK<br><br>**ORDER ON ADMINISTRATIVE MOTION TO FILE UNREDACTED COMPLAINT UNDER SEAL**<br><br>Re: Dkt. No. 2 |

Plaintiff United States of America has filed a redacted version of the complaint (Dkt. 1) along with an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed concerning the unredacted version of the complaint (Dkt. 2 – the "Motion to Seal"). The Motion to Seal states that information has been redacted from the complaint based on confidentiality assertions by Defendant Adobe, Inc.  Because Adobe has not yet appeared in this case, the Court **ORDERS:**

- The unredacted version of the complaint (Dkt. 2-2) shall be provisionally sealed pending further order of the Court.

- If Adobe seeks to maintain any portion of the complaint under seal, it must file a statement or declaration in accordance with Civil Local Rule 79-5(f)(3) **within 14 days of Adobe's first appearance in this action**.  If Adobe does not file the required statement or declaration by this deadline, the Court will order the unredacted version of the complaint to be unsealed.

- The United States must serve a copy of this Order on Adobe by **June 21, 2024**.

**SO ORDERED.**

Dated: June 17, 2024

SUSAN VAN KEULEN
United States Magistrate Judge