BRIAN M. BOYNTON, Principal Deputy Assistant Attorney General
ARUN G. RAO, Deputy Assistant Attorney General
AMANDA N. LISKAMM, Director
LISA K. HSIAO, Senior Deputy Director
ZACHARY A. DIETERT, Assistant Director
FRANCISCO L. UNGER, Trial Attorney (MABN 698807)
ZACHARY L. COWAN, Trial Attorney (NCBN 53432)
WESLINE N. MANUELPILLAI, Trial Attorney (DCBN 90001965)
AMBER M. CHARLES, Trial Attorney (DCBN 1035226)

U.S. Department of Justice
Civil Division
Consumer Protection Branch
450 5th Street NW, Suite 6400-S
Washington, DC 20530
Telephone: (202) 598-3855
Email: Francisco.L.Unger@usdoj.gov

ISMAIL J. RAMSEY, United States Attorney (CABN 189820)
MICHELLE LO, Chief, Civil Division (NYBN 4325163)
DAVID M. DEVITO, Assistant United States Attorney (CABN 243695)

Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7200
Email: David.Devito@usdoj.gov

*Attorneys for Plaintiff United States of America*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE, INC., a corporation,<br>MANINDER SAWHNEY, individually, and<br>DAVID WADHWANI, individually,<br><br>Defendants. | Case No. 24-cv-03630<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the United States of America respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed, which is filed in connection with the United States' Complaint for Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief, ECF No. 1.

Before the United States filed this lawsuit, the Federal Trade Commission ("FTC") investigated Defendant Adobe, Inc. ("Adobe"), requiring the company to produce relevant documents and information pursuant to the FTC Act. *See* 15 U.S.C. § 57b-1. Adobe designated certain documents and information that it produced as confidential, and it has since asserted that all allegations drawn from such documents and information are likewise confidential and must be filed under seal. Based on Adobe's assertions, the United States moves for consideration of whether the following allegations, which Adobe may argue have been designated confidential, should be sealed:

| Document | Portions Provisionally Filed Under Seal | Designating Party |
|---|---|---|
| Complaint for Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief | Highlighted in Yellow | Adobe |

The United States believes the public has a right to access the entire Complaint and does not believe any portion of it should remain under seal, but it has filed this administrative motion to provide Adobe with an opportunity to attempt to demonstrate compelling reasons that warrant denying the public's right of access. Should Adobe file a statement or declaration pursuant to Civil Local Rule 79-5(f)(3), the United States reserves its right to file a response pursuant to Civil Local Rule 79-5(f)(4).

In accordance with Civil Local Rules 7-11(a) and 79-5(e), the United States has filed an unredacted version of its Complaint with this administrative motion, as well as a proposed order.

| | | |
|---|---|---|
| 1 | Dated: June 17, 2024 | Respectfully submitted, |
| 2 | *Of Counsel:* | FOR THE UNITED STATES OF AMERICA: |
| 3 | SANA CHAUDHRY | |
| 4 | DANIEL WILKES<br>Attorneys | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| 5 | Federal Trade Commission<br>600 Pennsylvania Avenue, N.W. | Civil Division |
| 6 | Washington, D.C. 20580 | ARUN G. RAO |
| 7 | Tel: (202) 326-2679 (Chaudhry)<br>Tel: (202) 326-3679 (Wilkes) | Deputy Assistant Attorney General |
| 8 | SChaudhry@ftc.gov<br>DWilkes@ftc.gov | AMANDA N. LISKAMM<br>Director |
| 9 | | Consumer Protection Branch |
| 10 | | LISA K. HSIAO |
| 11 | | Senior Deputy Director |
| 12 | | ZACHARY A. DIETERT |
| 13 | | Assistant Director |
| 14 | | */s/ Francisco L. Unger*<br>FRANCISCO L. UNGER |
| 15 | | ZACHARY L. COWAN |
| 16 | | WESLINE N. MANUELPILLAI<br>AMBER M. CHARLES |
| 17 | | Trial Attorneys |
| 18 | | Consumer Protection Branch<br>U.S. Department of Justice |
| 19 | | 450 5th Street, N.W. Suite 6400-S<br>Washington, D.C. 20530 |
| 20 | | Tel: (202) 598-3855 (Unger)<br>Tel: (202) 353-7728 (Cowan) |
| 21 | | Tel: (202) 353-2809 (Manuelpillai)<br>Tel: (202) 307-3009 (Charles) |
| 22 | | Francisco.L.Unger@usdoj.gov<br>Zachary.L.Cowan@usdoj.gov |
| 23 | | Wesline.N.Manuelpillai@usdoj.gov<br>Amber.M.Charles@usdoj.gov |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1  ISMAIL J. RAMSEY
   United States Attorney
2
3  DAVID M. DEVITO
   Assistant United States Attorney
4  Northern District of California