| | |
|---|---|
| Sheila A.G. Armbrust (SBN 265998)<br>sarmbrust@sidley.com<br>Lauren C. Freeman (SBN 324572)<br>lfreeman@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: 415-772-1200<br>Facsimile: 415-772-7400 | Mark D. Hopson (*pro hac vice*)<br>mhopson@sidley.com<br>Benjamin M. Mundel (*pro hac vice*)<br>bmundel@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>Telephone: 202-736-8000<br>Facsimile: 202-736-8711 |
| Phillip Shaverdian (SBN 328657)<br>pshaverdian@sidley.com<br>SIDLEY AUSTIN LLP<br>350 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213-896-6000<br>Facsimile: 213-896-6600 | Christina C. Koenig (*pro hac vice*)<br>christina.koenig@sidley.com<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Ste. 2000<br>Dallas, TX 75201<br>Telephone: 214-969-3300<br>Facsimile: 214-969-3400 |

*Attorneys for Defendants Adobe Inc.,
Maninder Sawhney, and David Wadhwani*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADOBE INC., a corporation,<br>MANINDER SAWHNEY, individually, and<br>DAVID WADHWANI, individually,<br><br>    Defendants. | Case No. 5:24-cv-03630-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Complaint Filed: June 17, 2024 |

WHEREAS, the deadline for Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani ("Defendants") to file a response to the Complaint for Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief ("Complaint") [ECF No. 40] filed by Plaintiff United States of America in this action is Friday, August 16, 2024;

WHEREAS, no extension of time has previously been sought;

WHEREAS, Defendants intend to file a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

WHEREAS, Defendants' counsel have immovable commitments on or around the August 16, 2024 deadline for Defendants to respond to the Complaint;

WHEREAS, counsel for Defendants and Plaintiff agree that it would be in the interest of justice to extend the deadline for Defendants' motion to dismiss, Plaintiff's opposition, and Defendants' reply;

WHEREAS, counsel for Defendants and Plaintiff have agreed, subject to Court approval, to a mutually agreeable briefing schedule regarding Defendants' motion to dismiss;

WHEREAS, the parties are not aware of any effect the requested time modification would have on the schedule for the case;

THEREFORE, pursuant to Civil L.R. 6-2 and 7-12, Defendants and Plaintiff hereby stipulate and agree to the following schedule respecting Defendants' motion to dismiss:

| Filing | Deadline |
| --- | --- |
| Defendants' motion to dismiss | September 16, 2024 |
| Plaintiff's opposition | October 31, 2024 |
| Defendants' reply | November 25, 2024 |

///

///

///

///

///

| | |
|---|---|
| Dated: August 8, 2024 | SIDLEY AUSTIN LLP |
| | By: /s/ Sheila A.G. Armbrust |
| |     Sheila A.G. Armbrust (SBN 265998) |
| |     Lauren C. Freeman (SBN 324572) |
| |     Phillip Shaverdian (SBN 328657) |
| |     Mark D. Hopson (*pro hac vice*) |
| |     Benjamin M. Mundel (*pro hac vice*) |
| |     Christina C. Koenig (*pro hac vice*) |
| | |
| | *Attorneys for Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani* |
| Dated: August 8, 2024 | By: /s/ Francisco L. Unger |
| |     Francisco L. Unger |
| |     Zachary L. Cowan |
| |     Wesline N. Manuelpillai |
| |     Amber M. Charles |
| |     U.S. Department of Justice |
| |     Civil Division |
| |     Consumer Protection Branch |
| |     450 5th Street, N.W. Suite 6400-S |
| |     Washington, D.C. 20530 |
| |     Tel: (202) 598-3855 (Unger) |
| |     Tel: (202) 353-7728 (Cowan) |
| |     Tel: (202) 353-2809 (Manuelpillai) |
| |     Tel: (202) 307-3009 (Charles) |
| |     Francisco.L.Unger@usdoj.gov |
| |     Zachary.L.Cowan@usdoj.gov |
| |     Wesline.N.Manuelpillai@usdoj.gov |
| |     Amber.M.Charles@usdoj.gov |
| | |
| |     Ismail J. Ramsey |
| |     Michelle Lo |
| |     David M. Devito |
| |     Northern District of California |
| |     450 Golden Gate Avenue |
| |     San Francisco, California 94102 |
| |     Telephone: (415) 436-7200 |
| |     Email: David.Devito@usdoj.gov |
| | |
| | *Attorneys for Plaintiff United States of America* |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Sheila A.G. Armbrust, am the ECF User whose identification and password are being used to file the foregoing document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: August 8, 2024                                      By: */s/ Sheila A.G. Armbrust*
                                                                              Sheila A.G. Armbrust

**[PROPOSED] ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Defendants' Motion to Dismiss will be due on September 16, 2024;
2. Plaintiff's Opposition to Defendants' Motion to Dismiss will be due on October 31, 2024;
3. Defendants' Reply to their Motion to Dismiss will be due on November 25, 2024.

Dated: _____, 2024

BETH LABSON FREEMAN
United States District Judge