| | |
|---|---|
| Sheila A.G. Armbrust (SBN 265998) | Mark D. Hopson (*pro hac vice*) |
| sarmbrust@sidley.com | mhopson@sidley.com |
| Lauren C. Freeman (SBN 324572) | Benjamin M. Mundel (*pro hac vice*) |
| lfreeman@sidley.com | bmundel@sidley.com |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 555 California Street, Suite 2000 | 1501 K Street, N.W. |
| San Francisco, CA 94104 | Washington, DC 20005 |
| Telephone: 415-772-1200 | Telephone: 202-736-8000 |
| Facsimile: 415-772-7400 | Facsimile: 202-736-8711 |
| | |
| Phillip Shaverdian (SBN 328657) | Christina C. Koenig (*pro hac vice*) |
| pshaverdian@sidley.com | christina.koenig@sidley.com |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 350 South Grand Avenue | 2021 McKinney Avenue, Ste. 2000 |
| Los Angeles, CA 90071 | Dallas, TX 75201 |
| Telephone: 213-896-6000 | Telephone: 214-969-3300 |
| Facsimile: 213-896-6600 | Facsimile: 214-969-3400 |

*Attorneys for Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:24-cv-03630-BLF |
| Plaintiff, | **SECOND STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE** |
| v. | |
| ADOBE INC., a corporation, MANINDER SAWHNEY, individually, and DAVID WADHWANI, individually, | |
| Defendants. | Complaint Filed: June 17, 2024 |

WHEREAS, the initial deadline for Defendants' Adobe Inc., Maninder Sawhney, and David Wadhwani ("Defendants") to file a motion to dismiss the Complaint for Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief ("Complaint") [ECF No. 40] filed by Plaintiff United States of America in this action was August 16, 2024;

WHEREAS, the Court granted the parties' first stipulation regarding the motion to dismiss briefing scheduling [ECF No. 42], extending the filing deadlines;

WHEREAS, the deadline for Defendants to file a motion to dismiss is September 16, 2024;

WHEREAS, the deadline for Plaintiff to file an opposition to Defendants' motion to dismiss is October 31, 2024;

WHEREAS, the deadline for Defendants to file their reply in support of their motion to dismiss is November 25, 2024;

WHEREAS, Defendants require additional time to coordinate and file a single motion to dismiss;

WHEREAS, counsel for Defendants and Plaintiff agree that it would be in the interest of justice to further extend the deadlines for Defendants' motion to dismiss by 21 days, Plaintiff's opposition, and Defendants' reply;

WHEREAS, counsel for Defendants and Plaintiff have agreed, subject to Court approval, to a mutually agreeable briefing schedule regarding Defendants' motion to dismiss;

WHEREAS, the parties' agreed extensions avoid filing deadlines around the holidays;

WHEREAS, the parties are not aware of any effect the requested time modification would have on the schedule for the case;

THEREFORE, pursuant to Civil L.R. 6-2 and 7-12, Defendants and Plaintiff hereby stipulate and agree to the following schedule respecting Defendants' motion to dismiss:

///

///

///

| Filing | Deadline |
|---|---|
| Defendants' motion to dismiss | October 7, 2024 |
| Plaintiff's opposition | November 21, 2024 |
| Defendants' reply | December 23, 2024 |

Dated: September 11, 2024

SIDLEY AUSTIN LLP

By: /s/ Sheila A.G. Armbrust

Sheila A.G. Armbrust (SBN 265998)
Lauren C. Freeman (SBN 324572)
Phillip Shaverdian (SBN 328657)
Mark D. Hopson (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
Christina C. Koenig (*pro hac vice*)

*Attorneys for Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani*

Dated: September 11, 2024

By: /s/ Francisco L. Unger

Francisco L. Unger
Zachary L. Cowan
Wesline N. Manuelpillai
Amber M. Charles
Brian M. Boynton
Arun G. Rao
Amanda N. Liskamm
Lisa K. Hsiao
Zachary A. Dietert
U.S. Department of Justice
Civil Division
Consumer Protection Branch
450 5th Street, N.W. Suite 6400-S
Washington, D.C. 20530
Tel: (202) 598-3855 (Unger)
Tel: (202) 353-7728 (Cowan)
Tel: (202) 353-2809 (Manuelpillai)
Tel: (202) 307-3009 (Charles)
Francisco.L.Unger@usdoj.gov
Zachary.L.Cowan@usdoj.gov
Wesline.N.Manuelpillai@usdoj.gov

1  Amber.M.Charles@usdoj.gov

Ismail J. Ramsey
Michelle Lo
David M. Devito
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7200
Email: David.Devito@usdoj.gov

*Attorneys for Plaintiff United States of America*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Sheila A.G. Armbrust, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: September 11, 2024                    By: */s/ Sheila A.G. Armbrust*

**[PROPOSED] ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Defendants' Motion to Dismiss will be due on October 7, 2024;
2. Plaintiff's Opposition to Defendants' Motion to Dismiss will be due on November 21, 2024;
3. Defendants' Reply to their Motion to Dismiss will be due on December 23, 2024;
4. Defendants must reserve a hearing date for their motion before filing the motion.

Dated: _____, 2024

_____
BETH LABSON FREEMAN
United States District Judge