# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE, INC., MANINDER SAWHNEY, and DAVID WADHWANI,<br><br>Defendants. | Case No.  24-cv-03630-BLF<br><br>**ORDER STRIKING DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE FOR FAILURE TO COMPLY WITH STANDING ORDER; AND SETTING DEADLINE FOR DEFENDANTS TO RE-FILE**<br><br>[Re: ECF 47, 48] |

Defendants' motion to dismiss (ECF 47) and request for judicial notice (ECF 48) are STRICKEN for failure to comply with the undersigned's Standing Order Re Civil Cases, which provides that the 25-page limit for a motion to dismiss includes the notice of motion, the memorandum of points and authorities, and any request for judicial notice. *See* Standing Order Re Civil Cases §§ 4.A.1, IV.G. The Standing Order also requires that all text, including footnotes, be double-spaced. *See id.* §§ 4.E, 4.F. Defendants' motion to dismiss and request for judicial notice collectively exceed the 25-page limit and the motion contains single-spaced footnotes and other text.

Defendants are granted until October 16, 2024 to re-file their motion to dismiss and request for judicial notice in compliance with the Standing Order Re Civil Cases. Plaintiff's deadline to respond shall run from the date the documents are re-filed.

IT IS SO ORDERED.

Dated:  October 8, 2024

_____
BETH LABSON FREEMAN
United States District Judge