| | |
|---|---|
| Sheila A.G. Armbrust (SBN 265998)<br>sarmbrust@sidley.com<br>Lauren C. Freeman (SBN 324572)<br>lfreeman@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: 415-772-1200<br>Facsimile: 415-772-7400 | Mark D. Hopson (*pro hac vice*)<br>mhopson@sidley.com<br>Benjamin M. Mundel (*pro hac vice*)<br>bmundel@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>Telephone: 202-736-8000<br>Facsimile: 202-736-8711 |
| Phillip Shaverdian (SBN 328657)<br>pshaverdian@sidley.com<br>SIDLEY AUSTIN LLP<br>350 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213-896-6000<br>Facsimile: 213-896-6600 | Christina C. Koenig (*pro hac vice*)<br>christina.koenig@sidley.com<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Ste. 2000<br>Dallas, TX 75201<br>Telephone: 214-969-3300<br>Facsimile: 214-969-3400 |

Attorneys for Defendants
ADOBE INC., MANINDER SAWHNEY,
and DAVID WADHWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ADOBE INC., a corporation, MANINDER SAWHNEY, individually, and DAVID WADHWANI, individually,<br><br>    Defendants. | Case No. 5:24-cv-03630-BLF<br><br>**DEFENDANTS ADOBE INC.'S, MANINDER SAWHNEY'S, AND DAVID WADHWANI'S CORRECTED REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE IN SUPPORT OF MOTION TO DISMISS**<br><br>Assigned to: Hon. Beth Labson Freeman<br><br>Date: February 27, 2025<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 5th Floor<br><br>Complaint Filed: June 17, 2024 |

1   Defendants hereby request the Court to consider as incorporated by reference two Exhibits cited in Defendants' Motion to Dismiss. Defendant Adobe is a technology company that sells subscriptions for its software applications. The government's complaint alleges that Adobe's enrollment disclosures and cancellation mechanisms violate the Restore Online Shoppers' Confidence Act. The complaint selectively excerpts screenshots from Adobe's online enrollment flow and misleadingly describes Adobe's cancellation flow without including screenshots.

As further described in the Mundel Declaration, Defendants have attached examples of both flows as Exhibits. Exhibit 1 is an example of the complete enrollment flow for the Creative Cloud All Apps product for a customer selecting the "Annual, paid monthly" subscription plan. Exhibit 2 is an example of the complete cancellation flow that customers would use to cancel an "Annual, paid monthly" subscription for the Creative Cloud All Apps product.

Exhibits 1 and 2 are incorporated by reference because the complaint explicitly and extensively relies on the content of Adobe's enrollment and cancellation flows as the basis for its claims. *See Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018). To ensure that the Court has a complete picture of the enrollment and cancellation flows challenged in the complaint, Defendants respectfully request that the Court grant this request.

Dated: October 9, 2024

Respectfully submitted,

SIDLEY AUSTIN LLP

By: *Sheila A.G. Armbrust*

Sheila A.G. Armbrust (SBN 265998)
Lauren C. Freeman (SBN 324572)
Phillip Shaverdian (SBN 328657)
Mark D. Hopson (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
Christina C. Koenig (*pro hac vice*)

*Attorneys for Defendants ADOBE INC., MANINDER SAWHNEY and DAVID WADHWANI*

1

DEFENDANTS ADOBE INC.'S, MANINDER SAWHNEY'S, AND DAVID WADHWANI'S REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE IN SUPPORT OF MOTION TO DISMISS
CASE NO. 5:24-CV-3630-BLF