| | |
|---|---|
| Sheila A.G. Armbrust (SBN 265998) | Mark D. Hopson (*pro hac vice*) |
| sarmbrust@sidley.com | mhopson@sidley.com |
| Lauren C. Freeman (SBN 324572) | Benjamin M. Mundel (*pro hac vice*) |
| lfreeman@sidley.com | bmundel@sidley.com |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 555 California Street, Suite 2000 | 1501 K Street, N.W. |
| San Francisco, CA 94104 | Washington, DC 20005 |
| Telephone: 415-772-1200 | Telephone: 202-736-8000 |
| Facsimile: 415-772-7400 | Facsimile: 202-736-8711 |
| | |
| Phillip Shaverdian (SBN 328657) | Christina C. Koenig (*pro hac vice*) |
| pshaverdian@sidley.com | christina.koenig@sidley.com |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 350 South Grand Avenue | 2021 McKinney Avenue, Ste. 2000 |
| Los Angeles, CA 90071 | Dallas, TX 75201 |
| Telephone: 213-896-6000 | Telephone: 214-969-3300 |
| Facsimile: 213-896-6600 | Facsimile: 214-969-3400 |

Attorneys for Defendants
ADOBE INC., MANINDER SAWHNEY,
and DAVID WADHWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:24-cv-03630-BLF |
| Plaintiff, | **DECLARATION OF BENJAMIN M. MUNDEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| ADOBE INC., a corporation, MANINDER SAWHNEY, individually, and DAVID WADHWANI, individually, | Assigned to: Hon. Beth Labson Freeman |
| | Complaint Filed: June 17, 2024 |
| Defendants. | |

I, Benjamin M. Mundel, declare as follows:

1. I am a partner with the law firm Sidley Austin LLP and am counsel for Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani in the above-captioned litigation.

2. I am a member in good standing with the Bar of the District of Columbia, and I am admitted to practice before this Court *pro hac vice*. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3. I respectfully submit this declaration in support of Defendants Adobe Inc.'s, Maninder Sawhney's, and David Wadhwani's Motion to Dismiss.

4. Attached hereto as Exhibit 1 is a true and correct copy of screenshots constituting an example of a complete enrollment flow for a subscription to the Creative Cloud All Apps product under the "Annual, paid monthly" plan. The screenshots included in Exhibit 1 were captured in November 2022.

5. Attached hereto as Exhibit 2 is a true and correct copy of screenshots constituting an example of a complete cancellation flow for a subscription to the Creative Cloud All Apps product under the "Annual, paid monthly" plan. The screenshots depicted in Exhibit 2 were captured in September 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this seventh day of October 2024, in Washington, D.C.

                                                */s/ Benjamin M. Mundel*
                                                Benjamin M. Mundel

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Sheila A.G. Armbrust, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: October 7, 2024                                       By: */s/ Sheila A.G. Armbrust*