# EXHIBIT 1



















