| | |
|---|---|
| Sheila A.G. Armbrust (SBN 265998) | Mark D. Hopson (*pro hac vice*) |
| sarmbrust@sidley.com | mhopson@sidley.com |
| Lauren C. Freeman (SBN 324572) | Benjamin M. Mundel (*pro hac vice*) |
| lfreeman@sidley.com | bmundel@sidley.com |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 555 California Street, Suite 2000 | 1501 K Street, N.W. |
| San Francisco, CA 94104 | Washington, DC 20005 |
| Telephone: 415-772-1200 | Telephone: 202-736-8000 |
| Fax: 415-772-7400 | Fax: 202-736-8711 |
| | |
| Phillip Shaverdian (SBN 328657) | Christina C. Koenig (*pro hac vice*) |
| pshaverdian@sidley.com | christina.koenig@sidley.com |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 350 South Grand Avenue | 2021 McKinney Avenue, Suite 2000 |
| Los Angeles, CA 90071 | Dallas, TX 75201 |
| Telephone: 213-896-6000 | Telephone: 214-969-3300 |
| Fax: 213-896-6600 | Fax: 214-969-3400 |

Jonathan W. Hughes (SBN 186829)
jonathan.hughes@arnoldporter.com
Jeremy T. Kamras (SBN 237377)
jeremy.kamras@arnoldporter.com
Meredith B. Osborn (SBN 250467)
meredith.osborn@arnoldporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415-471-3100
Fax: 415-471-3400

*Attorneys for Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:24-cv-03630-BLF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |
| v. | |
| ADOBE INC., a corporation, MANINDER SAWHNEY, individually, and DAVID WADHWANI, individually, | Complaint Filed: June 17, 2024 |
| Defendants. | |

WHEREAS, at the November 14, 2024 Initial Case Management Conference the Court ordered the parties to meet and confer on certain case management dates/deadlines and to submit a stipulation and proposed order on those dates by December 6, 2024;

WHEREAS, the Court issued a Case Management Order [ECF No. 63] on November 15, 2024 memorializing the orders issued during the Initial Case Management Conference;

THE PARTIES HEREBY STIPULATE, through their counsel of record, to the following dates/deadlines:

| Event | Date |
| --- | --- |
| Last day to request leave to amend pleadings per Fed. R. Civ. P. 15; deadline for joinder of any additional parties | January 14, 2025 |
| Deadline to meet and confer to reach agreement on ADR process and either (1) file the form entitled "Stipulation and (Proposed) order Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need of ADR Phone Conference" | March 19, 2025 |
| Completion of mediation | May 14, 2025 |
| Deadline for the written discovery and the production of documents | July 30, 2025 |
| Fact discovery deadline | November 7, 2025 |
| Plaintiff's initial expert disclosures | December 19, 2025 |
| Defendants' expert disclosures | February 25, 2026 |
| Plaintiff's rebuttal expert disclosures | March 25, 2026 |
| Expert discovery deadline | April 22, 2026 |
| Deadline to file dispositive and evidentiary motions | June 12, 2026 |
| Deadline for oppositions to dispositive and evidentiary motions | August 4, 2026 |

| | |
|---|---|
| Deadline for replies in support of dispositive and evidentiary motions | September 3, 2026 |
| Hearing on dispositive motions | September 24, 2026 at 9:00 a.m. |
| Deadline for motions *in limine* and joint pretrial statement and order deadline | November 12, 2026 |
| Deadline for opposition to motions *in limine* | December 3, 2026 |
| Final pretrial Conference | December 17, 2026 at 1:30 p.m. |
| Trial brief | January 18, 2027 |
| Trial | January 25, 2027 at 9:00 a.m. |

Dated: December 6, 2024					By: */s/ Sheila A.G. Armbrust*
							Sheila A.G. Armbrust (SBN 265998)
							Lauren C. Freeman (SBN 324572)
							Phillip Shaverdian (SBN 328657)
							Mark D. Hopson (*pro hac vice*)
							Benjamin M. Mundel (*pro hac vice*)
							Christina C. Koenig (*pro hac vice*)
							SIDLEY AUSTIN LLP

							Jonathan W. Hughes (SBN 186829)
							Jeremy T. Kamras (SBN 237377)
							Meredith B. Osborn (SBN 250467)
							ARNOLD & PORTER LLP

							*Attorneys for Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani*

Dated: December 6, 2024					By: */s/ Francisco L. Unger*
							Francisco L. Unger
							Zachary L. Cowan
							Wesline N. Manuelpillai
							Amber M. Charles
							U.S. Department of Justice
							Civil Division
							Consumer Protection Branch
							450 5th Street, N.W. Suite 6400-S
							Washington, D.C. 20530
							Tel: (202) 598-3855 (Unger)

1  Tel: (202) 353-7728 (Cowan)
2  Tel: (202) 353-2809 (Manuelpillai)
   Tel: (202) 307-3009 (Charles)
3  Francisco.L.Unger@usdoj.gov
   Zachary.L.Cowan@usdoj.gov
4  Wesline.N.Manuelpillai@usdoj.gov
   Amber.M.Charles@usdoj.gov
5
6  Ismail J. Ramsey
   Michelle Lo
7  David M. Devito
   Northern District of California
8  450 Golden Gate Avenue
   San Francisco, California 94102
9  Telephone: (415) 436-7200
   Email: David.Devito@usdoj.gov
10
11 *Attorneys for Plaintiff United States of America*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Sheila A.G. Armbrust, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: December 6, 2024                    By: */s/ Sheila A.G. Armbrust*
                                                Sheila A.G. Armbrust

**[PROPOSED] ORDER GRANTING STIPULATION**

1. The above stipulation is GRANTED.

2. The Court ORDERS the following schedule:

| Event | Date |
|---|---|
| Last day to request leave to amend pleadings per Fed. R. Civ. P. 15; deadline for joinder of any additional parties | January 14, 2025 |
| Deadline to meet and confer to reach agreement on ADR process and either (1) file the form entitled "Stipulation and (Proposed) order Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need of ADR Phone Conference" | March 19, 2025 |
| Completion of mediation | May 14, 2025 |
| Deadline for the written discovery and the production of documents | July 30, 2025 |
| Fact discovery deadline | November 7, 2025 |
| Plaintiff's initial expert disclosures | December 19, 2025 |
| Defendants' expert disclosures | February 25, 2026 |
| Plaintiff's rebuttal expert disclosures | March 25, 2026 |
| Expert discovery deadline | April 22, 2026 |
| Deadline to file dispositive and evidentiary motions | June 12, 2026 |
| Deadline for oppositions to dispositive and evidentiary motions | August 4, 2026 |
| Deadline for replies in support of dispositive and evidentiary motions | September 3, 2026 |
| Hearing on dispositive motions | September 24, 2026 at 9:00 a.m. |
| Deadline for motions *in limine* and joint pretrial statement and order deadline | November 12, 2026 |

| | |
|---|---|
| Deadline for opposition to motions *in limine* | December 3, 2026 |
| Final pretrial Conference | December 17, 2026 at 1:30 p.m. |
| Trial brief | January 18, 2027 |
| Trial | January 25, 2027 at 9:00 a.m. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____, 2024                         _____
                                                   BETH LABSON FREEMAN
                                                   United States District Judge