UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiffs,<br><br>v.<br><br>ADOBE, INC., et al.,<br><br>        Defendants. | Case No. 24-cv-03630-NW<br><br>**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

**To All Parties and Counsel of Record:**

The Court has reviewed the docket in this matter and **ORDERS** the parties to meet and confer and then advise the Court whether they will consent to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). Magistrate judges have smaller civil dockets and no felony criminal cases and therefore have more flexibility than the undersigned district judge.

The Court has recently received more than 150 new or transferred cases, dozens of which have motions pending. While the Court will move all these cases forward as expeditiously as possible, this district has excellent magistrate judges, each of whom has handled highly complex matters and is more than qualified to preside over your dispute. The bios detailing their credentials are available at https://www.cand.uscourts.gov/judges/.

Given that this case is pending before a district judge, the parties are advised that they may jointly request assignment to a specific magistrate judge. Alternatively, a magistrate judge can be randomly selected. To the extent the parties can agree on a magistrate judge for all purposes, a consent form is available at http://www.cand.uscourts.gov, in the "Forms" section.

Accordingly, the parties are hereby **DIRECTED** to jointly advise the Court, no later than

**Monday, April 7, 2025**, whether they consent to have a magistrate judge conduct all further proceedings in the instant action, and if so, whether they request a particular judge or a random selection.

**IT IS SO ORDERED.**

Dated: March 24, 2025

_____
Noël Wise
United States District Judge