| | | |
|---|---|---|
| 1 | Sheila A.G. Armbrust (SBN 265998)<br>sarmbrust@sidley.com | Mark D. Hopson (*pro hac vice*)<br>mhopson@sidley.com |
| 2 | Lauren C. Freeman (SBN 324572)<br>lfreeman@sidley.com | Benjamin M. Mundel (*pro hac vice*)<br>bmundel@sidley.com |
| 3 | SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000 | SIDLEY AUSTIN LLP<br>1501 K Street, N.W. |
| 4 | San Francisco, CA 94104<br>Telephone: 415-772-1200 | Washington, DC 20005<br>Telephone: 202-736-8000 |
| 5 | Facsimile: 415-772-7400 | Facsimile: 202-736-8711 |

Phillip Shaverdian (SBN 328657)
pshaverdian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-896-6000
Facsimile: 213-896-6600

Christina C. Koenig (*pro hac vice*)
christina.koenig@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Ste. 2000
Dallas, TX 75201
Telephone: 214-969-3300
Facsimile: 214-969-3400

Jonathan W. Hughes (SBN 186829)
jonathan.hughes@arnoldporter.com
Jeremy T. Kamras (SBN 237377)
jeremy.kamras@arnoldporter.com
Meredith B. Osborn (SBN 250467)
meredith.osborn@arnoldporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415-471-3100
Fax: 415-471-3400

*Attorneys for Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADOBE INC., a corporation, MANINDER SAWHNEY, individually, and DAVID WADHWANI, individually,<br><br>    Defendants. | Case No. 5:24-cv-03630-NW<br><br>**JOINT STIPULATION DECLINING TO CONSENT TO MAGISTRATE JUDGE**<br><br>Complaint Filed: June 17, 2024 |

WHEREAS, on March 24, 2025, the Court directed the parties to inform the Court regarding whether they consent to a magistrate judge for all purposes, including entry of final judgment (ECF No. 77),

WHEREAS, pursuant to the Court's direction, the parties met and conferred regarding the possible appointment of a magistrate judge to conduct all further proceedings,

THE PARTIES HEREBY AGREE, through their counsel of record, that they respectfully decline the appointment of a magistrate judge and instead will proceed before the Court.

Dated: April 7, 2025

By: /s/ Sheila A.G. Armbrust
Sheila A.G. Armbrust (SBN 265998)
Lauren C. Freeman (SBN 324572)
Phillip Shaverdian (SBN 328657)
Mark D. Hopson (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
Christina C. Koenig (*pro hac vice*)
SIDLEY AUSTIN LLP

Jonathan W. Hughes (SBN 186829)
Jeremy T. Kamras (SBN 237377)
Meredith B. Osborn (SBN 250467)
ARNOLD & PORTER LLP

*Attorneys for Defendants Adobe Inc., Maninder Sawhney and David Wadhwani*

Dated: April 7, 2025

By: /s/ Francisco L. Unger
Francisco L. Unger
Zachary L. Cowan
Wesline N. Manuelpillai
Yaakov M. Roth
Amanda N. Liskamm
Lisa K. Hsiao
Timothy T. Finley
U.S. Department of Justice Civil Division
Consumer Protection Branch
450 5th Street, N.W. Suite 6400-S

1

|   |   |
|---|---|
| 1 | Washington, D.C. 20530 |
| 2 | Tel: (202) 598-3855 (Unger) |
|   | Tel: (202) 353-7728 (Cowan) |
| 3 | Tel: (202) 353-2809 (Manuelpillai) |
|   | Francisco.L.Unger@usdoj.gov |
| 4 | Zachary.L.Cowan@usdoj.gov |
| 5 | Wesline.N.Manuelpillai@usdoj.gov |

Patrick D. Robbins
Pamela T. Johann
David M. Devito
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7200
Email: David.Devito@usdoj.gov

*Attorneys for Plaintiff United States of America*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Sheila A.G. Armbrust, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: April 7, 2025                              By: */s/ Sheila A.G. Armbrust*
                                                  Sheila A.G. Armbrust