| | |
|---|---|
| Sheila A.G. Armbrust (SBN 265998) | Mark D. Hopson (*pro hac vice*) |
| sarmbrust@sidley.com | mhopson@sidley.com |
| Lauren C. Freeman (SBN 324572) | Benjamin M. Mundel (*pro hac vice*) |
| lfreeman@sidley.com | bmundel@sidley.com |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 555 California Street, Suite 2000 | 1501 K Street, N.W. |
| San Francisco, CA 94104 | Washington, DC 20005 |
| Telephone: 415-772-1200 | Telephone: 202-736-8000 |
| Facsimile: 415-772-7400 | Facsimile: 202-736-8711 |
| | |
| Phillip Shaverdian (SBN 328657) | Christina C. Koenig (*pro hac vice*) |
| pshaverdian@sidley.com | christina.koenig@sidley.com |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 350 South Grand Avenue | 2021 McKinney Avenue, Ste. 2000 |
| Los Angeles, CA 90071 | Dallas, TX 75201 |
| Telephone: 213-896-6000 | Telephone: 214-969-3300 |
| Facsimile: 213-896-6600 | Facsimile: 214-969-3400 |

Jonathan W. Hughes (SBN 186829)
jonathan.hughes@arnoldporter.com
Jeremy T. Kamras (SBN 237377)
jeremy.kamras@arnoldporter.com
Meredith B. Osborn (SBN 250467)
meredith.osborn@arnoldporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415-471-3100
Fax: 415-471-3400

*Attorneys for Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:24-cv-03630-NW |
| Plaintiff, | ~~NOTICE REGARDING STIPULATION AND PROPOSED~~ ORDER REGARDING CASE SCHEDULE |
| v. | |
| ADOBE INC., a corporation, MANINDER SAWHNEY, individually, and DAVID WADHWANI, individually, | Complaint Filed: June 17, 2024 |
| Defendants. | |

At the April 1, 2025 Case Management Conference the Court ordered the parties to meet and confer on a revised case management scheduling order and to submit a stipulation and proposed order on those dates by April 4, 2025.

The parties have been meeting and conferring and working toward a schedule with an October 2026 trial date, but have not yet reached agreement. The parties request that the Court extend the deadline for submitting a revised stipulation and order on case scheduling to Friday, April 11, 2025, and the parties will endeavor to file it sooner.

Dated: April 4, 2025

By: /s/ *Jonathan W. Hughes*
Sheila A.G. Armbrust (SBN 265998)
Lauren C. Freeman (SBN 324572)
Phillip Shaverdian (SBN 328657)
Mark D. Hopson (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
Christina C. Koenig (*pro hac vice*)
SIDLEY AUSTIN LLP

Jonathan W. Hughes (SBN 186829)
Jeremy T. Kamras (SBN 237377)
Meredith B. Osborn (SBN 250467)
ARNOLD & PORTER LLP

*Attorneys for Defendants Adobe Inc., Maninder Sawhney and David Wadhwani*

Dated: April 4, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

AMANDA N. LISKAMM
Director
Consumer Protection Branch

LISA K. HSIAO
Senior Deputy Director

TIMOTHY T. FINLEY
Assistant Director

1

By: /s/ *Francisco L. Unger*

FRANCISCO L. UNGER
ZACHARY L. COWAN
WESLINE N. MANUELPILLAI
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice Civil Division
450 5th Street, N.W. Suite 6400-S
Washington, D.C. 20530
Tel: (202) 598-3855 (Unger)
Tel: (202) 353-7728 (Cowan)
Francisco.L.Unger@usdoj.gov
Zachary.L.Cowan@usdoj.gov

PATRICK D. ROBBINS
PAMELA T. JOHANN
DAVID M. DEVITO
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7200
Email: David.Devito@usdoj.gov

*Attorneys for Plaintiff United States of America*

2

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Jonathan W. Hughes, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: April 4, 2025

By: /s/ *Jonathan W. Hughes*
Jonathan W. Hughes

**[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SUBMIT STIPULATION AND PROPOSED ORDER**

1. The Court GRANTS the parties' request for an extension to time and ORDERS the parties submit a stipulation and proposed order regarding the case schedule by April 11, 2025.

IT IS SO ORDERED.

Dated: __April 8_____, 2025                     _____
                                                     NOEL WISE
                                                     United States District Judge