YAAKOV M. ROTH, Acting Assistant Attorney General
LISA K. HSIAO, Acting Director
ZACAHARY A. DIETERT, Assistant Director
FRANCISCO L. UNGER, Trial Attorney (MABN 698807)
ZACHARY L. COWAN, Trial Attorney (NCBN 53432)
WESLINE N. MANUELPILLAI, Trial Attorney (DCBN 90001965)

    U.S. Department of Justice
    Civil Division
    Consumer Protection Branch
    450 5th Street NW, Suite 6400-S
    Washington, DC 20530
    Telephone: (202) 598-3855
    Email: Francisco.L.Unger@usdoj.gov

CRAIG H. MISSAKIAN, United States Attorney (CABN 125202)
PAMELA T. JOHANN, Chief, Civil Division (CABN 145558)
DAVID M. DEVITO, Assistant United States Attorney (CABN 243695)

    Northern District of California
    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Email: David.Devito@usdoj.gov

*Attorneys for Plaintiff United States of America*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADOBE INC., a corporation, MANINDER SAWHNEY, individually, and DAVID WADHWANI, individually,<br><br>    Defendants. | Case No. 5:24-cv-03630-NW<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: June 17, 2024 |

# STIPULATION AND [PROPOSED] ORDER
## VACATING CASE MANAGEMENT CONFERENCE

WHEREAS, upon denying Defendants' Motion to Dismiss, the Clerk of Court issued a notice requiring the Parties to file a Case Management Statement by June 10, 2025, and setting an Initial Case Management Conference for June 25, 2025 [ECF No. 85];

WHEREAS, this Court held a Case Management Conference on April 1, 2025, and issued a Case Management Scheduling Order on April 16, 2025 [ECF Nos. 78, 83];

THE PARTIES HEREBY STIPULATE, through their counsel of record, and respectfully request that the Court vacate the deadline to submit an Initial Case Management Statement, due June 10, 2025, and the Initial Case Management Conference scheduled for June 25, 2025.

Dated: June 9, 2025

By: */s/ Francisco L. Unger*

Francisco L. Unger
Zachary L. Cowan
Wesline N. Manuelpillai
Yaakov M. Roth
Lisa K. Hsiao
Zachary A. Dietert
U.S. Department of Justice
Civil Division
Consumer Protection Branch
450 5th Street, N.W. Suite 6400-S
Washington, D.C. 20530
Tel: (202) 598-3855 (Unger)
Tel: (202) 353-7728 (Cowan)
Tel: (202) 353-2809 (Manuelpillai)
Francisco.L.Unger@usdoj.gov
Zachary.L.Cowan@usdoj.gov
Wesline.N.Manuelpillai@usdoj.gov

Craig H. Missakian
Pamela T. Johann
David M. Devito
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7200
Email: David.Devito@usdoj.gov

*Attorneys for Plaintiff United States of America*

Dated: June 9, 2025

SIDLEY AUSTIN LLP

By: /s/ Sheila A.G. Armbrust

Sheila A.G. Armbrust (SBN 265998)
Lauren C. Freeman (SBN 324572)
Phillip Shaverdian (SBN 328657)
Mark D. Hopson (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
Christina C. Koenig (*pro hac vice*)

*Attorneys for Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Francisco L. Unger, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: June 9, 2025                                     By: */s/ Francisco L. Unger*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE INC., a corporation, MANINDER SAWHNEY, individually, and DAVID WADHWANI, individually,<br><br>Defendants. | Case No. 5:24-cv-03630-NW<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: June 17, 2024 |

**[PROPOSED] ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. The Parties' Stipulation Vacating Case Management Statement and Case Management Conference is GRANTED.

2. The Court ORDERS that the Clerk's Notice Setting Case Management Deadlines [ECF No. 85] is VACATED.

Dated: _____, 2025

_____
NOËL WISE
United States District Judge