# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>ADOBE INC., a corporation,<br>MANINDER SAWHNEY, individually, and<br>DAVID WADHWANI, individually,<br><br>           Defendants. | Case No. 5:24-cv-03630-NW<br><br>~~STIPULATION AND [PROPOSED]~~ ORDER VACATING CASE MANAGEMENT CONFERENCE<br><br>Complaint Filed: June 17, 2024 |

**[~~PROPOSED~~] ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. The Parties' Stipulation Vacating Case Management Statement and Case Management Conference is GRANTED.

2. The Court ORDERS that the dates set in the Clerk's Notice (ECF No. 85) are VACATED.

Dated: June 10, 2025

_____
NOEL WISE
United States District Judge