Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-772-1200
Facsimile: 415-772-7400

Phillip Shaverdian (SBN 328657)
pshaverdian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-896-6000
Facsimile: 213-896-6600

Mark D. Hopson (*pro hac vice*)
mhopson@sidley.com
Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Facsimile: 202-736-8711

Jonathan W. Hughes (SBN 186829)
jonathan.hughes@arnoldporter.com
Jeremy T. Kamras (SBN 237377)
jeremy.kamras@arnoldporter.com
Meredith B. Osborn (SBN 250467)
meredith.osborn@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415-471-3100

*Attorneys for Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADOBE INC., a corporation,
MANINDER SAWHNEY, individually, and
DAVID WADHWANI, individually,

Defendants.

Case No. 5:24-cv-03630-NW

**STIPULATION AND [PROPOSED] ORDER STAYING CASE SCHEDULE**

Complaint Filed: June 17, 2024

Assigned to: Hon. Judge Noël Wise

Pursuant to Civil Local Rules 6-2 and 7-12, and Section Q of the Standing Order for All Civil Cases Before District Judge Noël Wise, Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani (collectively, "Defendants"), and Plaintiff United States of America ("Plaintiff") (together with Defendants, the "Parties"), by and through their undersigned counsel, jointly stipulate as follows:

WHEREAS, on September 15, 2025, the Court set the current case schedule (ECF No. 101) and ordered the following deadlines:

| Event | Date |
|---|---|
| Deadline to Complete ADR (Private mediation) | December 31, 2025 |
| Deadline for written discovery and the production of documents | October 24, 2025 (Substantial completion; deposition begin)<br>December 19, 2025 (Final completion) |
| Close of Fact Discovery | February 27, 2026 |
| Opening Expert Reports | March 27, 2026 |
| Rebuttal Expert Reports | April 24, 2026 |
| Close of Expert Discovery | May 15, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: June 5, 2026<br>**Responses**: June 19, 2026<br>**Replies**: June 26, 2026 |
| Hearing on Dispositive and *Daubert* Motions | July 29, 2026, at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | September 16, 2026 |
| Final Pretrial Conference | September 30, 2026, at 2:00 p.m. |
| Trial | October 19, 2026, at 8:30 a.m. |
| Length of trial | 14 days |

WHEREAS, the Parties conducted a mediation session in July 2025 and have been in communication regarding potential settlement since that time, while contemporaneously engaged in discovery;

WHEREAS, the settlement discussions have reached a point such that counsel for Defendants

and Plaintiff have agreed, subject to Court approval, to a thirty-day stay of all case deadlines while the Parties work to memorialize resolution of this matter in writing and to reach agreement on all remaining issues;

WHEREAS, in light of the foregoing, the Parties agree that good cause exists to stay the case schedule to conserve the Parties' and the Court's resources;

WHEREAS, the Parties have sought, and the Court has ordered, two prior modifications of the case schedule (ECF Nos. 83 and 101); and

WHEREAS, if the Parties cannot reach a final settlement, counsel for Defendants and Plaintiff have agreed, subject to Court approval, to the following approximately thirty-day extension of the case schedule as set forth below:

| **Event** | **Date** |
|---|---|
| Close of Fact Discovery | March 30, 2026 |
| Opening Expert Reports | April 27, 2026 |
| Rebuttal Expert Reports | May 26, 2026 |
| Close of Expert Discovery | June 15, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: July 6, 2026<br>**Responses**: July 20, 2026<br>**Replies**: July 27, 2026 |
| Hearing on Dispositive and *Daubert* Motions | August 28, 2026, at 9:00 a.m. (Subject to the Court's calendar) |
| Deadline to File Joint Pretrial Statement | October 16, 2026 |
| Final Pretrial Conference | November 4, 2026, at 2:00 p.m. (Subject to the Court's calendar) |
| Trial | November 18, 2026, at 8:30 a.m. (Subject to the Court's calendar and holidays) |
| Length of trial | 14 days |

Dated: January 20, 2026

Respectfully submitted,

/s/ Benjamin M. Mundel

Sheila A.G. Armbrust (SBN 265998)
Lauren C. Freeman (SBN 324572)
Phillip Shaverdian (SBN 328657)
Mark D. Hopson (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
SIDLEY AUSTIN LLP

Jonathan W. Hughes (SBN 186829)
Jeremy T. Kamras (SBN 237377)
Meredith B. Osborn (SBN 250467)
ARNOLD & PORTER LLP

***Attorneys for Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani***

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

SARMAD M. KHOJASTEH
Senior Counsel, Civil Division

LISA K. HSIAO
Acting Director, Enforcement & Affirmative Litigation Branch

ZACHARY A. DIETERT
Assistant Director

/s/ Zachary L. Cowan
FRANCISCO L. UNGER
ZACHARY L. COWAN
Trial Attorneys
Enforcement & Affirmative Litigation Branch

U.S. Department of Justice
450 5th Street, N.W. Suite 6400-S
Washington, D.C. 20530
Phone: (202) 598-3855
Email: Francisco.L.Unger@usdoj.gov

CRAIG H. MISSAKIAN
United States Attorney

SAVITH S. IYENGAR
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7200
Email: Savith.Iyengar@usdoj.gov

***Attorneys for Plaintiff United States of America***

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Benjamin M. Mundel, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: January 20, 2026

By: */s/ Benjamin M. Mundel*

## [PROPOSED] ORDER GRANTING STIPULATION

1. The above stipulations are GRANTED.
2. Thirty days after entry of this Order, the Parties shall report on their settlement progress to the Court.
3. Should the Parties be unable reach a settlement agreement within thirty days after entry of this Order, the following deadlines are hereby ORDERED following the thirty-day stay:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | March 30, 2026 |
| Opening Expert Reports | April 27, 2026 |
| Rebuttal Expert Reports | May 26, 2026 |
| Close of Expert Discovery | June 15, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: July 6, 2026<br>**Responses**: July 20, 2026<br>**Replies**: July 27, 2026 |
| Hearing on Dispositive and *Daubert* Motions | August 28, 2026, at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | October 16, 2026 |
| Final Pretrial Conference | November 4, 2026, at 2:00 p.m. |
| Trial | November 18, 2026, at 8:30 a.m. |
| Length of trial | 14 days |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _______________, 2026

_______________________
Hon. Noël Wise
United States District Judge