Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-772-1200
Facsimile: 415-772-7400

Phillip Shaverdian (SBN 328657)
pshaverdian@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-896-6000
Facsimile: 213-896-6600

Mark D. Hopson (*pro hac vice*)
mhopson@sidley.com
Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Facsimile: 202-736-8711

Jonathan W. Hughes (SBN 186829)
jonathan.hughes@arnoldporter.com
Jeremy T. Kamras (SBN 237377)
jeremy.kamras@arnoldporter.com
Meredith B. Osborn (SBN 250467)
meredith.osborn@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415-471-3100

*Attorneys for Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ADOBE INC., a corporation,<br>MANINDER SAWHNEY, individually, and<br>DAVID WADHWANI, individually,<br><br>          Defendants. | Case No. 5:24-cv-03630-NW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER STAYING CASE SCHEDULE**<br><br>Complaint Filed: June 17, 2024<br><br>Assigned to: Hon. Judge Noël Wise |

Pursuant to Civil Local Rules 6-2 and 7-12, and Section Q of the Standing Order for All Civil Cases Before District Judge Noël Wise, Defendants Adobe Inc., Maninder Sawhney, and David Wadhwani (collectively, "Defendants"), and Plaintiff United States of America ("Plaintiff") (together with Defendants, the "Parties"), by and through their undersigned counsel, jointly stipulate as follows:

WHEREAS, on September 15, 2025, the Court set the current case schedule (ECF No. 101) and ordered the following deadlines:

| Event | Date |
|---|---|
| Deadline to Complete ADR (Private mediation) | December 31, 2025 |
| Deadline for written discovery and the production of documents | October 24, 2025 (Substantial completion; deposition begin) December 19, 2025 (Final completion) |
| Close of Fact Discovery | February 27, 2026 |
| Opening Expert Reports | March 27, 2026 |
| Rebuttal Expert Reports | April 24, 2026 |
| Close of Expert Discovery | May 15, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: June 5, 2026 **Responses**: June 19, 2026 **Replies**: June 26, 2026 |
| Hearing on Dispositive and *Daubert* Motions | July 29, 2026, at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | September 16, 2026 |
| Final Pretrial Conference | September 30, 2026, at 2:00 p.m. |
| Trial | October 19, 2026, at 8:30 a.m. |
| Length of trial | 14 days |

WHEREAS, the Parties conducted a mediation session in July 2025 and have been in communication regarding potential settlement since that time, while contemporaneously engaged in discovery;

WHEREAS, on January 20, 2026, the settlement discussions reached a point such that counsel

1   for Defendants and Plaintiff agreed, subject to Court approval, to a thirty-day stay of all case deadlines

2   (ECF No. 113);

3         WHEREAS, on January 22, 2026, the Court denied the Parties' stipulation "without prejudice

4   to renew it if the parties reach an agreement in principle" (ECF No. 114);

5         WHEREAS, following the Court's denial of the Parties' prior stipulation to stay proceedings

6   pending settlement discussions, the Parties have since conferred and have reached an agreement in

7   principle resolving the claims at issue, subject to finalizing definitive settlement documents;

8         WHEREAS, in light of the foregoing, the Parties agree that good cause exists to stay the case

9   schedule for thirty (30) days to conserve the Parties' and the Court's resources;

10        WHEREAS, the Parties have sought, and the Court has ordered, two prior modifications of the

11  case schedule (ECF Nos. 83 and 101); and

12        WHEREAS, the Parties agree that they will provide the Court with a joint status report

13  regarding the settlement within thirty (30) days of the Court's approval of this Stipulation, if they have

14  not already filed settlement papers with the Court.

15

16  Dated: January 27, 2026                                Respectfully submitted,

17

18                                                        */s/ Benjamin M. Mundel*

19                                                        Sheila A.G. Armbrust (SBN 265998)
                                                          Lauren C. Freeman (SBN 324572)
20                                                        Phillip Shaverdian (SBN 328657)
                                                          Mark D. Hopson (*pro hac vice*)
21                                                        Benjamin M. Mundel (*pro hac vice*)
22                                                        SIDLEY AUSTIN LLP

23                                                        Jonathan W. Hughes (SBN 186829)
                                                          Jeremy T. Kamras (SBN 237377)
24                                                        Meredith B. Osborn (SBN 250467)
                                                          ARNOLD & PORTER LLP
25
                                                          ***Attorneys for Defendants Adobe Inc.,***
26                                                        ***Maninder Sawhney, and David Wadhwani***

27                                                        BRETT A. SHUMATE
28                                                        Assistant Attorney General, Civil Division

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

SARMAD M. KHOJASTEH
Senior Counsel, Civil Division

LISA K. HSIAO
Acting Director, Enforcement & Affirmative
Litigation Branch

ZACHARY A. DIETERT
Assistant Director

*/s/ Zachary L. Cowan*
FRANCISCO L. UNGER
ZACHARY L. COWAN
Trial Attorneys
Enforcement & Affirmative Litigation Branch

U.S. Department of Justice
450 5th Street, N.W. Suite 6400-S
Washington, D.C. 20530
Phone: (202) 598-3855
Email: Francisco.L.Unger@usdoj.gov

CRAIG H. MISSAKIAN
United States Attorney

SAVITH S. IYENGAR
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7200
Email: Savith.Iyengar@usdoj.gov

***Attorneys for Plaintiff United States of America***

1

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

2

I, Benjamin M. Mundel, am the ECF User whose identification and password are being used

3

to file the foregoing document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all

4

signatories have concurred in this filing.

5

6

 Dated: January 27, 2026                              By: _/s/ Benjamin M. Mundel_

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING STIPULATION**

1.  The above stipulations are GRANTED.

2.  Thirty days after entry of this Order, the Parties shall report on their settlement progress to the Court if they have not already filed settlement papers with the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____, 2026

_____
Hon. Noël Wise
United States District Judge