**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE, INC., a corporation,<br>MANINDER SAWHNEY, individually, and<br>DAVID WADHWANI, individually,<br><br>Defendants. | Case No. 5:24-cv-03630-NW-SVK<br><br>[~~PROPOSED~~] **FINAL JUDGMENT** |

On April 10, 2026, the Court entered the parties' [~~Proposed~~] Order for Permanent Injunction, Civil Penalty Judgment, and Other Relief (ECF No. 122-1). Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the Court's March 24, 2026 Order (ECF No. 123), it is hereby **ORDERED, ADJUDGED AND DECREED** that final judgment is **ENTERED** in accordance with the terms of the Order for Permanent Injunction, Civil Penalty Judgment, and Other Relief (ECF No. 126). The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED** this 10th day of April, 2026.

_____
Hon. Noël Wise
UNITED STATES DISTRICT JUDGE